McBRYDE SUGAR COMPANY, LIMITED, Plaintiff-Appellant, Cross-Appellee, *v.* AYLMER F. ROBINSON, et al., Defendants-Appellees, Cross-Appellants

No. 4879

APRIL 3, 1973

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE OGATA IN PLACE OF KOBAYASHI, J., DISQUALIFIED

*Per Curiam.* The motion for leave to file, as amicus curiae, a petition for rehearing or a brief in support of a party's petition is denied without argument.

Marumoto, J., having dissented from the opinion of the court, does not concur.

*Clinton R. Ashford (Ashford & Wriston* of counsel) for movant Hawaiian Sugar Planters' Association.